UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOROTHY MOLITOR,

       Plaintiff,

-v-

HENRY FORD HEALTH SYSTEM,
a Michigan Non-Profit Corporation,

       Defendant.

Case No. 2011-cv-15556
Judge: Robert H. Cleland
Magistrate: R. Steven Whalen

_____

| BOGAS, KONCIUS & CROSON P.C. | KELLER THOMA, P.C. |
|---|---|
| Kathleen L. Bogas (P25164) | Terrence J. Miglio (P30541) |
| Charlotte Croson (P56589) | Barbara E. Buchanan (P55084) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 31700 Telegraph Rd, Ste 160 | 440 E. Congress, 5th Floor |
| Bingham Farms, MI  48025 | Detroit, MI  48226 |
| (248) 502-5000 | (313) 965-7610 |
| office@kbogaslaw.com | tjm@kellerthoma.com |
| | beb@kellerthoma.com |

_____

## ORDER REGARDING MEDIATION

**IT IS HEREBY ORDERED** that David Calzone is appointed to serve as a Mediator in this matter;

- 2 -

**IT IS FURTHER ORDERED** that counsel and the parties appear for a Mediation on December 16, 2013, at a place and time to be mutually agreed upon by the parties. The parties shall equally bear the costs of the Mediator and the Mediation.

November 25, 2013

           s/Robert H. Cleland
           UNITED STATES DISTRICT COURT JUDGE


We stipulate to entry of the foregoing Order:
/s/ Kathleen L. Bogas (w/consent)
Kathleen L. Bogas (P25164)
Charlotte Croson (P56589)
Attorneys for Plaintiff


/s/ Terrence J. Miglio
Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
Attorneys for Defendant